ADRIANA CRUZ VIUDA DE IGLESIAS, demandante y apelada, *v.* MUNICIPIO DE SAN JUAN, representado por su Alcalde ROBERTO H. TODD, demandado y apelante.

No. 4915.—*Sometido:* Marzo 18, 1929. *Resuelto:* Marzo 25, 1929.

*Eugenio Font,* abogado del apelante; *José Iglesias la Cruz,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del tribunal.

En este caso, la Corte de Distrito de San Juan dictó sentencia en 1 de diciembre de 1928; la parte demandada

apeló en 13 del mismo mes; y la transcripción de la evidencia fué aprobada el 29 de enero de 1929. En 5 de marzo de 1929, la apelada presentó moción para que desestimemos la apelación, fundándose en que desde 29 de enero de 1929 hasta la fecha de la moción, nada ha hecho el apelante para presentar la transcripción de la evidencia, ni la del récord ante este tribunal.

En 18 de marzo, 1929, se ha presentado por el apelante el legajo de sentencia y la transcripción de evidencia en este caso; y al mismo tiempo una moción de oposición a la que formuló la apelada, invocando la circunstancia de que el cambio de administración del municipio de San Juan trajo el cambio de abogado que representa al municipio, y el nombramiento se retrasó por unos días; y haciendo mérito de que la apelación se ha proseguido diligentemente en su principio, y sólo los trastornos propios de ese cambio han podido originar un pequeño retraso. Presenta un *affidavit* de méritos en que se hace constar que desde 14 de enero a 1 de marzo de 1929, el municipio de San Juan ha estado prácticamente sin defensa en este caso, por haber cesado el Sr. Rossy en 14 de enero; que el abogado que declara ha estado examinando los asuntos del municipio y resolviendo consultas, e imposibilitado de atender a este caso hasta que se le notificó la moción para desestimar; que no han transcurrido noventa días desde que se interpuso la apelación y sólo treinta y cuatro días desde que fué aprobada la transcripción de evidencia . Y que se trata de un caso en que, de prevalecer la sentencia el municipio tendría que hacer demoler una alcantarilla; y que el deponente cree que el municipio tiene una buena y meritoria defensa. Y solicita que se declare sin lugar la moción de desestimación.

De los antecedentes que se unen a la moción de la apelada, aparece que el término para la presentación de la transcripción de autos había transcurrido, con un exceso de cuatro o cinco días cuando la moción se presentó. Pero de las alega-

ciones presentadas por el apelante, y de su declaración jurada, resultan méritos bastantes para excusar el retraso; y, por otra parte, se han presentado las transcripciones, y se demuestra con ello que no ha habido en el caso negligencia.

Por las razones apuntadas, se declara *sin lugar la moción de desestimación* quedando admitidas las transcripciones y dándose a la apelante el término de veinte días para alegato, a contar desde la presentación de dicha transcripción.